# Velva L. Price
## Travis County District Clerk
### Travis County Courthouse Complex P.O. Box 679003
### Austin, Texas 78767-9003

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/30/2025 8:59:50 AM
CHRISTOPHER A. PRINE
Clerk

April 30, 2025

Mr. Jeffrey D. Kyle
Third Court of Appeals
PO Box 12547

Austin, Texas 78711-2547

*RE: 015-25-00034-CV; D-1-GN-19-004849*

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-19-004849 and Court of Appeals number 15-25-00034-CV, styled, IN RE: STATE OF TEXAS vs. XEROX CORP ET AL AND SETTLEMENT PROCEEDS, was due in your office April 28, 2025. This office received designation for clerk's record on March 21, 2025. This office has not received payment/payment arrangements for the clerk's record as of today, April 30, 2025.

Sincerely,

*Selina Hamilton*

**Court Clerk II/ Civil Division**
**Travis County District Clerk**
**1000 Guadalupe St., Ste. 302**
**Austin, Texas 78701**
**512-854-5956**

| **Administrative Offices** | **Civil and Family Division** | **Criminal Division** | **Jury Office** |
|---|---|---|---|
| (512) 854-9457 | (512) 854-9457 | (512) 854-9420 | (512) 854-9669 |
| fax: 854-4744 | fax: 854-9549 | fax: 854-4566 | fax: 854-4457 |